INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): 10/31/11

2. Deadline for first request for production of documents and first request for interrogatories: 11/14/11

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: plaintiff(s) 0 ; defendant(s) 0

3. Date for completion of any joinder of additional parties and amendment of the pleadings: 12/6/11

3(a). Number of proposed additional parties to be joined, if any, by: plaintiff(s) 3 ; defendant(s) 1

4. Number of depositions by plaintiff(s) of: parties 4 ; non-parties 2

5. Number of depositions by defendant(s) of: parties 1 ; non-parties 2

6. Date of status conference (joint status report due two business days in advance):

7. Date for completion of factual discovery: 3/30/11

8. Are expert witnesses needed? Yes ___ No X

8(a). Number of expert witnesses, if any, of plaintiff(s): medical 0 ; non-medical 0

8(b). Date for completion of those expert reports: N/A

8(c). Number of expert witnesses, if any, of defendant(s): medical 0 ; non-medical 0

8(d). Date for completion of those expert reports: N/A

9. Date for completion of expert discovery: N/A

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via fax two business days in advance):

4

11. Types of contemplated dispositive motions by plaintiff(s) <u>and</u> dates for filing of those motions:

   N/A
   N/A

12. Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:

   Summary Judgment
   4/13/11

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)

   Yes  X   No ___

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)

   Yes ___  No  X 

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)

   Yes ___  No  X 

5