# THE PRESTIA LAW FIRM

65 Broadway, Suite 716
New York, NY 10006
(212) 430-6313
Fax (212) 430-6314

November 15, 2011

**VIA ECF**
Hon. Judge James Orenstein
United States Magistrate Judge
U.S. Courthouse
225 Cadman Plaza
Brooklyn, NY 11201

        Re: Christina Rodriguez v. The City of NY
           11- CV-3282

Dear Honorable Judge Orenstein:

Please be advised that this firm represents Ms. Rodriguez in the above-matter.
As per Your Honor's Individual Practice Rules, this firm is requesting an adjournment of the Settlement Conference in the above-matter. Said conference is currently scheduled for Friday, November 18, 2011 at 2:30 p.m.

This office has conferred with Corporation Counsel, Max McCann, Esq., who is amendable to said request for adjournment.  Moreover, we are requesting only a brief adjournment (until the week of November 28, 2011) so that no other deadlines are affected by the same. No previous requests for adjournments have been filed.

If you have any questions regarding the foregoing, please do not hesitate to contact me at your convenience.  Thank you for your assistance in this matter.


Very Truly Yours,


Paul V. Prestia, Esq.